JOHN DANEK, PLAINTIFF, v. JULIUS J. HOMMER, *ET AL.*, DEFENDANTS-RESPONDENTS, NEW JERSEY MANUFACTURERS CASUALTY INSURANCE COMPANY, DEFENDANT-PETITIONER.

See same case below: 28 *N. J. Super.* 68.

*Messrs Shaw, Hughes & Pindar* for the petitioner.

*Messrs. McGlynn, Weintraub & Stein* for the respondents.

February 8, 1954. Granted.

JONATHAN COLE, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. GERALDINE L. THOMPSON, DEFENDANT- PETITIONER.

See same case below: 27 *N. J. Super.* 561.

*Messrs Parsons, Labrecque, Canzona & Combs* and *Mr. John Warren Jr.,* for the petitioner.

*Mr. Louis M. Drazin and Mr. Harry Green* for the respondents.

February 15, 1954. Denied.